**Order entered January 19, 2023**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00488-CR

### JOE ANGEL RODRIGUEZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 380th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 380-80945-2022

### ORDER

Appellant's third motion for extension of time to file his brief is **GRANTED**, and we **ORDER** the brief filed on or before **JANUARY 31, 2023**. If appellant fails to file his brief by January 31, 2023, the Court may abate this case for a hearing in the trial court to determine why the brief has not been filed. *See* TEX. R. APP. P. 38.8(b).

/s/    ERIN A. NOWELL
        JUSTICE